**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00426-ZLW

JOHN MOORE,

    Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF COLORADO HUMAN SERVICES,
RUTH TRUMPFHELLER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    In an order filed on May 7, 2010, the Court denied the "Motion to Reopen" that Plaintiff, John Moore, filed ***pro se*** on April 28, 2010, and which the Court treated as a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e).

    In the interim, Mr. Moore submitted another motion to reopen on April 30, 2010, and two ***ex parte*** letters to Senior Judge Zita Leeson Weinshienk on May 3, 2010. The motion to reopen is denied for the reasons stated in the May 7 order and the ***ex parte*** letters to Senior Judge Weinshienk are stricken pursuant to D.C.COLO.LCivR 77.2, which forbids ***ex parte*** communications. The clerk of the Court is directed to strike any further filings Mr. Moore may submit in this action.

May 10, 2010